IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
16 NOV 30 AM 11:09
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JASON MORGAN, § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-16-CV-639-LY |
| § | |
| PARK7 DEVELOPMENT, LLC; § | |
| CD/PARK7 SAN MARCOS OWNER LP; § | |
| AND PARK7 GROUP, LLC, § | |
|     DEFENDANTS. § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On November 29, 2016, the parties filed a Stipulation for Dismissal with Prejudice (Doc. #13), which the court approved by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _____ day of November, 2016.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE